Form van39–nondd VAN–39
Rev. 04/10

# United States Bankruptcy Court
## Central District Of California

255 East Temple Street, Los Angeles, CA 90012

# NOTICE OF NON–ENTITLEMENT TO DISCHARGE
# PURSUANT TO 11 U.S.C. SECTION 727(a)(8) OR (9)

**DEBTOR(S) INFORMATION:**
Alfred McZeal
**SSN:** xxx–xx–6820
**EIN:** N/A
aka Al McZeal, dba World Wide Walkie Talkie,
dba Push to Talk WorldWide, dba Wi–Fi Walkie
Talkie, dba Cancel a Mortgage, ...

2620 Fashion Ave
Long Beach, CA 90810

**BANKRUPTCY NO.** 2:13–bk–24619–SK
**CHAPTER** 11

To the Debtor(s), Debtor(s)' Attorney, (if any) and Other Interested Parties:

It appears that a discharge was granted to the above–named Debtor(s) under 11 U.S.C. Section 727 or 11 U.S.C. Section 1141 in a case commenced within 8 years before the filing of the above pending case, or under 11 U.S.C. Section 1328 in a case commenced within 6 years before the filing of the above pending case.

(1)    Pursuant to 11 U.S.C. Section 727(a)(8) or (9), a discharge will not be granted to the Debtor(s) in this case.

(2)    Since no discharge will be entered in this case, the Debtor(s) remain legally liable for their debts.

(3)    This case will be closed 10 days from the date of mailing of this notice unless a written objection and request for a hearing is filed with the Court. If no such request is made, this case shall be closed pursuant to 11 U.S.C. Section 350 without further notice.

Dated: June 26, 2013

For The Court,
**Kathleen J. Campbell**
Clerk of Court

(Form van39–nondd VAN–39) Rev. 04/10

**17 / BP**