PETER C. ANDERSON
UNITED STATES TRUSTEE
JILL M. STURTEVANT, State Bar No. 089395
ASSISTANT UNITED STATES TRUSTEE
Dare Law, State Bar No. 155714
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
725 South Figueroa Street, Suite 2600
Los Angeles, California 90017-5418
(213) 894-4925 telephone
(213) 894-2603 facsimile
Email: dare.law@usdoj.gov

**FILED & ENTERED**

AUG 01 2013

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY carranza DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

In re:

**ALFRED MCZEAL**

Debtor.

Case No.: 2:13-bk-24619 SK

Chapter 11

**ORDER GRANTING MOTION TO DISMISS UNDER 11 U.S.C. §1112(b) OF THE BANKRUPTCY CODE; JUDGMENT THEREON**

Date:   July 24, 2013
Time:   9:00a.m.
Ctrm:   1575
255 E. Temple Street
Los Angeles, CA  90012

      The United States Trustee's Motion to Dismiss or Convert under 11 U.S.C. §1112(b) of the Bankruptcy Code was heard on the date and time noted above with appearances as stated on the record. Having considered the motion and Debtor's opposition, and for the reasons stated on the record, it is hereby

      ORDERED that the case is dismissed with a one-hundred-and-eighty day prohibition against any subsequent refiling, and it is

1

1  FURTHER ORDERED that a judgment in the amount of $650.00 is granted in favor of the
2  United States Trustee for quarterly fees due and owing for second and third quarter 2013.
3  # # #
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23  Date: August 1, 2013
    Sandra R. Klein
    United States Bankruptcy Judge
24
25
26
27
28

2

**NOTE TO USERS OF THIS FORM**:
1) Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*): ORDER GRANTING MOTION TO DISMISS UNDER 11 U.S.C. §1112(b) OF THE BANKRUPTCY CODE; JUDGMENT THEREON

was entered on the date indicated as ΑEnteredΜ on the first page of this judgment or order and will be served in the manner indicated below:

**I.    SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (ΑNEFΜ)** Β Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of ___**08/01/2013**___, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

**SEE ATTACHED SERVICE LIST(IF APPLICABLE)**

☒    Service information continued on attached page

**II.    SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒    Service information continued on attached page

**III.    TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an ΑEnteredΜ stamp, the party lodging the judgment or order will serve a complete copy bearing an ΑEnteredΜ stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒    Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                       **F 9021-1.1.NOTICE.ENTERED.ORDER**

**ADDITIONAL SERVICE INFORMATION**

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

| Name | Capacity | e-mail address |
|---|---|---|
| Mehrdaud Jafarnia | Atty for Creditor | bknotice@mccarthyholthus.com, mjafarnia@mccarthyholthus.com |
| Dare Law | Atty for US Trustee | dare.law@usdoj.gov |
| Daniel I Singer | Atty for Creditor | bankruptcy@zievelaw.com |
| United States Trustee (LA) | | ustpregion16.la.ecf@usdoj.gov |

II. **SERVED BY THE COURT VIA U.S. MAIL:**
**Debtor in Pro Per**
Alfred McZeal
2620 Fashion Ave
Long Beach, CA 90810

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010* **F 9021-1.1.NOTICE.ENTERED.ORDER**